FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 OCT 24  PM 1:48

PHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

GREAT AMERICAN ASSURANCE COMPANY
AND GREAT AMERICAN ALLIANCE COMPANY,

    Plaintiffs,

vs.                                                                                          Case No. 16-CV-65-J

INTERSTATE FIRE & CASUALTY COMPANY,
FIREMAN'S FUND INSURANCE COMPANY, AND
APARTMENT MANAGEMENT CONSULTANTS,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE OF
## APARTMENT MANAGEMENT CONSULTANTS, LLC

---

This matter has come before the Court on the Stipulation for Dismissal with Prejudice of Apartment Management Consultants, LLC (the "Stipulation"). Finding good cause appearing, it is hereby

**ORDERED** that the claims alleged by Interstate Fire & Casualty Company ("Interstate") and Fireman's Fund Insurance Company ("Fireman's Fund") against Apartment Management Consultants, LLC ("AMC") in Interstate and Fireman's Fund's Amended Counter and Cross Complaint filed on August 19, 2016 (DE 26) are dismissed with prejudice, with each party to the Stipulation to pay its own costs and attorneys' fees. This Order has no bearing on the claims asserted by Interstate and Fireman's Fund against Great American Insurance Company and Great American

1

Alliance Company, and such claims are not dismissed.

Dated this 22d day of October 2018.

*Alan B. Johnson*
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE