UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 JAN -8 AM 11: 03

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| GREAT AMERICAN ASSURANCE COMPANY AND GREAT AMERICAN ALLIANCE COMPANY, | }<br>}<br>}<br>} |
| Plaintiffs, | }<br>} |
| vs. | } Civil No. 16-CV-65J |
| INTERSTATE FIRE & CASUALTY COMPANY, FIREMAN'S FUND INSURANCE COMPANY AND APARTMENT MANAGEMENT CONSULTANTS, | }<br>}<br>}<br>}<br>}<br>} |
| Defendants. | } |

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF APARTMENT MANAGEMENT CONSULTANTS

*THIS MATTER* having come before the Court on the Stipulation of Dismissal Without Prejudice of Apartment Management Consultants, and the Court being fully advised in the premises finds as follows;

*IT IS HEREBY ORDERED* that all of Plaintiffs' claims against Defendant Apartment Management Consultants in this matter are dismissed, without prejudice, each party to pay its own costs and attorney fees.

Dated: 7th day of January, 2019.

ALAN B. JOHNSON
United States District Judge