George Powers, #5-2062
SUNDAHL, POWERS, KAPP & MARTIN, LLC
1725 Carey Avenue
Cheyenne, WY  82001
Tel: (307) 432-6119
Fax: (307) 632-7216
Email: gpowers@spkm.org

Shawn Hanson, admitted *pro hac vice*
Danielle Crockett Ginty, admitted *pro hac vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA  94104
Tel:  (415) 765-9500
Fax:  (415) 765-9501
Email:  shanson@akingump.com
          dginty@akingump.com

Attorneys for INTERSTATE FIRE & CASUALTY
COMPANY and
FIREMAN'S FUND INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| **GREAT AMERICAN ASSURANCE COMPANY AND GREAT AMERICAN ALLIANCE COMPANY,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**INTERSTATE FIRE & CASUALTY COMPANY, AND FIREMAN'S FUND INSURANCE COMPANY,**<br><br>**Defendants.** | **Case No.**  2:16-cv-65-ABJ |

## JOINT STATUS REPORT

1

Pursuant to the Court's Order dated December 27, 2021 (Dkt. No. 91), Plaintiffs Great American Assurance Company and Great American Alliance Company (collectively, "Great American") and Defendants Interstate Fire & Casualty Company and Fireman's Fund Insurance Company (collectively, "Interstate") (together, the "Parties") submit this Joint Status Report regarding the mediation held on February 10, 2022.  In support of this Report, the Parties state as follows:

1. The parties mediated on February 10, 2022.

2. At the close of the mediation session on February 10, settlement negotiations remained ongoing and remain ongoing today with the help of the mediator.

3. As a result, the Parties respectfully request an additional fourteen (14) days to continue their efforts to resolve this dispute.

4. Within fourteen (14) days the Parties will advise the Court if their settlement negotiations were successful.

5. If the settlement efforts are successful, the Parties agree to make every effort to file the necessary dismissal papers on or before March 15, 2022.  If, for some reason, dismissal papers cannot be filed by that date, the Parties will promptly advise the Court on when dismissal papers will be filed.

Accordingly, the Parties respectfully request that the Court postpone rescheduling the Scheduling Conference previously set for January 28, 2022 (and subsequently vacated) until

/ / /

/ / /

/ / /

/ / /

after the Parties have reported to the Court regarding the outcome of the mediation on or before March 2, 2022.

Respectfully submitted this 17th day of February 2022.

| | |
|---|---|
| Dated: February 17, 2022 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By:    /s/ Danielle Crockett Ginty<br>Shawn Hanson, admitted *pro hac vice*<br>Danielle Crockett Ginty, admitted *pro hac vice*<br><br>SUNDAHL, POWERS, KAPP & MARTIN, LLC<br>George Powers, #5-2062<br><br>Attorneys for INTERSTATE FIRE & CASUALTY COMPANY and FIREMAN'S FUND INSURANCE COMPANY |
| Dated: February 17, 2022 | MEAGHER & GEER, PLLP<br><br>By:    /s/ Charles E. Spevacek<br>Charles E. Spevacek, admitted *pro hac vice*<br><br>HIRST APPLEGATE, LLP<br>Robert C. Jarosh, #6-3497<br><br>Attorneys for GREAT AMERICAN INSURANCE COMPANY AND GREAT AMERICAN ALLIANCE COMPANY |