George Powers, #5-2062
SUNDAHL, POWERS, KAPP & MARTIN, LLC
1725 Carey Avenue
Cheyenne, WY  82001
Tel: (307) 432-6119
Fax: (307) 632-7216
Email: gpowers@spkm.org

Shawn Hanson, admitted *pro hac vice*
Danielle Crockett Ginty, admitted *pro hac vice*
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA  94104
Tel:  (415) 765-9500
Fax:  (415) 765-9501
Email:  shanson@akingump.com
            dginty@akingump.com

Attorneys for INTERSTATE FIRE & CASUALTY
COMPANY and
FIREMAN'S FUND INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| **GREAT AMERICAN ASSURANCE COMPANY AND GREAT AMERICAN ALLIANCE COMPANY,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**INTERSTATE FIRE & CASUALTY COMPANY, AND FIREMAN'S FUND INSURANCE COMPANY,**<br><br>**Defendants.** | **Case No.**  2:16-cv-65-ABJ |

**NOTICE OF SETTLEMENT**

1

Plaintiffs Great American Assurance Company and Great American Alliance Company and Defendants Interstate Fire & Casualty Company and Fireman's Fund Insurance Company (together, the "Parties") hereby notify the Court that they have agreed to a final settlement of this dispute.  The Parties are working to formally memorialize their settlement and believe they will require more than the standard thirty (30) days to perform their mutual obligations.  Accordingly, the Parties will file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41 on or before May 2, 2022.

Respectfully submitted this 3rd day of March 2022.

Dated: March 3, 2022

AKIN GUMP STRAUSS HAUER & FELD LLP

By:    /s/ Danielle Crockett Ginty
Shawn Hanson, admitted *pro hac vice*
Danielle Crockett Ginty, admitted *pro hac vice*

SUNDAHL, POWERS, KAPP & MARTIN, LLC
George Powers, #5-2062

Attorneys for INTERSTATE FIRE & CASUALTY COMPANY and FIREMAN'S FUND INSURANCE COMPANY

Dated: March 3, 2022

MEAGHER & GEER, PLLP

By:    /s/ Charles E. Spevacek
Charles E. Spevacek, admitted *pro hac vice*

HIRST APPLEGATE, LLP
Robert C. Jarosh, #6-3497

Attorneys for GREAT AMERICAN INSURANCE COMPANY AND GREAT AMERICAN ALLIANCE COMPANY